CDGCSV70  057
PO Box 930824
Wixom MI 48393-0824
RETURN SERVICE REQUESTED

 **GC Services Limited Partnership**

Please call: 866-723-0562
*Calls may be monitored or recorded*

October 6, 2017

CORRESPONDENCE AND PAYMENT MAILING ADDRESS:

541983198

Zebiniso Kodirova

PO BOX 3855
HOUSTON TX 77253

| YOU OWE: CITIBANK, N.A | GC NUMBER: ▇▇▇▇0017 |
|---|---|

***PLEASE DETACH AND RETURN UPPER PORTION OF STATEMENT WITH PAYMENT***

October 6, 2017

File Number: ▇▇▇528
Client Account Number: **ENDING 1331**
New Balance: **$3,431.08**

RE: COSTCO ANYWHERE VISA CARD
Dear ZEBINISO KODIROVA,

We'd like to let you know that our client, CITIBANK, N.A, has authorized us to make you a settlement offer on your account. If you pay 50% of the New Balance, our client will consider your account settled.

This is an excellent opportunity to take care of your account. If you wish to take advantage of this offer, either call our office at 866-723-0562 or mail us your payment of $1,715.54.

Please note the payment must be for the exact amount stated in this letter and must be received no later than fourteen (14) days from the date of this letter or this particular offer will be null and void. Please understand our client is not obligated to renew this offer.

This settlement may have tax consequences. Please consult your tax advisor.

If you are making a payment, please send it along with the top portion of this notice to the post office box listed above, and, if paying by check, make your check payable to "CITIBANK, N.A".

If you have any questions or wish to propose an alternative payment solution, please do not hesitate to contact us.

Sincerely,

Douglas Kemp
Account Representative

If you would prefer, you can make a payment on your account using a debit card by going to our website at www.gcpayonline.com or calling us at 844-694-2082. Use the following number to identify yourself when prompted: 821017258010017

\* As of the date of this letter, you owe $3,431.08. Because of interest, late charges, and other charges that may vary from day to day, the amount owed on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your payment, in which event we will inform you.

**This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.**

**NOTICE:** SEE REVERSE SIDE FOR IMPORTANT CONSUMER INFORMATION

GC Services Limited Partnership – 6330 Gulfton, Houston, TX 77081

0185-14      BSL-CITIB      821017258010017      40227515