IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZEBINISO KODIROVA, individually on behalf of herself and all others similarly situated;<br><br>Plaintiff(s),<br><br>v.<br><br>GC SERVICES LIMITED PARTNERSHIP,<br><br>Defendant. | Case No. 17-cv-6046 KAM-JO |

## STIPULATION OF DISMISSAL

The parties, pursuant to Fed. R. Civ. P. 41(a), hereby stipulate to the dismissal with prejudice of the above captioned action and all underlying claims with prejudice, with each party to bear its own costs and attorneys fees.

February 21, 2018

Respectfully submitted,

/s/Daniel Cohen
Daniel Cohen
**Daniel Cohen PLLC**
300 Camden Plaza West, 12th Floor
Brooklyn, New York 11201
Telephone (646) 645-8482
Fax: (347) 665-1545
Email: Dan@dccohen.com
*Attorney for Plaintiff*

So Ordered: _____
Kiyo A. Matsumoto
U.S. District Judge
Feb. 21, 2018

*s/ Daniel C. Adams*
Daniel C. Adams (#2815371)
Larson King, LLp
30 East Seventh Street, Ste. 2800
Saint Paul, MN 55101
Phone (651) 312-6500
Facsimile (651) 312-6618
Email dadams@larsonking.com

**ATTORNEYS FOR DEFENDANT, GC SERVICES LIMITED PARTNERSHIP.**